UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 25-5865-JFW(Ex)** | Date: August 4, 2025 |
| Title: | Karin Barbara Gut -v- Gerald D. Ellenburg, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE SANCTIONS**

The Declaration of Lisa M. Castellano, filed August 1, 2025 (Docket No. 16-2), indicates that *Pro Se* Plaintiff Karin Barbara Gut ("Plaintiff") failed to participate in the Local Rule 7-3 conference.

Accordingly, Plaintiff is ordered to show cause in writing by **August 11, 2025**, why she should not be sanctioned in the amount of $1,500.00 for the violation of the Local Rules. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.